UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

             v.                    :          CR. NO. 06-101 (GK)

HAROL RODRIGO SUAREZ-GUARCIA     :

<u>NOTICE OF APPEARANCE</u>

    The Clerk will please enter the appearance of Edward C. Sussman, Suite 900, 601

Pennsylvania Avenue N.W., Washington, D.C. 20004, as counsel for the defendant in this matter.

/s/

Edward C. Sussman No. 174623
Attorney for Defendant
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of the foregoing was served this 17th day of January, 2008

by electronic filing on all interested parties.
.

/s/

Edward C. Sussman

1