UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

v.                               :   CR. NO. 06-101-01 (GO)

HAROLD SUAREZ-GARCIA              :

REQUEST FOR INTERIM COMPENSATION

Counsel for defendant Suarez-Garcia pursuant to the Criminal Justice Act, respectfully requests that this honorable court approve the payment of interim compensation for translation services and submit its approval to the U.S. Court of Appeals for the D.C. Circuit. In support of his request, counsel states the following:

1. As the court is aware, this is a case in which the events occurred almost totally in South and Central America. There were numerous communications between the various defendants and government agents. Most were recorded or video-taped. All communications were in Spanish. In order to understand the nature of these communications, counsel has obtained the services of Ms. Amma Szal, a court-certified interpreter, who will review the materials and provide summaries to counsel. This will allow counsel to fully understand the facts of the case and make assessments at the earliest possible time.

2. Payment of interim compensation, which is expressly provided by statute, will alleviate the financial hardship that the interpreter will be required to bear during the lengthy pendency of this matter.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that the court

grant their request and approve compensation for the interpreter in the manner suggested in the attached order.

                                                                  Respectfully submitted,

                                                               _____/s/_____
                                                               Edward C. Sussman, No. 174623
                                                               Counsel for Defendant Suarez-Garcia
                                                               Suite 900 - South Building
                                                               601 Pennsylvania Avenue N.W.
                                                               Washington, D.C.. 20004
                                                               (202) 737-7110

                                                  <u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY THAT a copy of the foregoing was served electronically on all interested parties on this 18th day of February, 2008.

                                                              _____/s/_____
                                                              Edward C. Sussman