UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 06-101-01 (GK) |
| HAROL SUAREZ-GARCIA | : | |

### DEFENDANT GARCIA'S MOTION FOR DISCLOSURE OF CO-DEFENDANT STATEMENTS PURSUANT TO UNITED STATES V. BRUTON

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, the Sixth Amendment to the U.S. Constitution, and the local rules of this honorable court, respectfully requests that this honorable court order the government to inform the defendant of all post-arrest statements made by co-defendants in this matter. In support of his request, the defendant states the following:

1. The defendant was indicted in connection with conspiracy to distribute cocaine and heroin, or to exchange those substances for weapons.

2. Since the indictment in this matter, at least three of the defendants in this case have been in custody.[1] Conceivably one or more of those defendants may have made custodial statements that could be used at trial.. The defendant is now requesting that he be informed of any alleged statements made by co-defendants in this matter.

3. It is well established that statements made by co-defendants cannot be used in a joint trial where the declarant does not take the stand. Bruton v. United States, 391 U.S. 123 (1968);

---

[1] It is counsel's understanding that one defendant escaped from custody in Panama and is now at large.

Nelson v. O'Neill, 402 U.S. 622 (1971).

    4. At present, the government has not disclosed any post-arrest statements. While counsel assumes that this is indicative of the fact that none exist, the defendant wishes to assured in this regard. Consequently, counsel is requesting that the court order such disclosure or simply, for the government's statement that none exist.

    WHEREFORE, for the foregoing reasons, the defendant requests that this honorable court order the prompt disclosure of the information that he seeks.

Respectfully submitted,

_____/s/_____
Edward C. Sussman No. 174623
Counsel for Defendant Suarez-Garcia
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2008, a copy of the foregoing was served electronically on Jim Faulkner, Esq., U.S. Department of Justice, and Manuel Retureta, Esq., counsel for the co-defendant.

_____/s/_____
Edward C. Sussman