UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                    :

      v.                                                     :            CR. NO. 06-101-01(GK)

HAROL SUAREZ-GARCIA                        :

<u>O R D E R</u>

The court has before it the request of the defendant that the government preserve all

electronic mail that might arguably be categorized as Jencks or Bruton material.  The court finds

that the defendant has advanced good cause for his request. It is, therefore, this _____ day of

_____, 2008,

ORDERED, that the motion be, and hereby is, granted.


_____
GLADY KESSLER
UNITED STATES DISTRICT JUDGE

.

Washington, D.C. 20003