UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**NESTOR DARIO CASTRO, et al.**

Crim. Case No.: 06-101 (GK)

## ORDER

Upon consideration of defendant, Nestor Dario Castro's, motion for disclosure of Fed.R.Evid. 404(b) evidence, it is this _____ day of _____ 2008, hereby

**ORDERED,** that the defendant's motion is **GRANTED;** and, it is further

**ORDERED,** that government counsel shall immediately provide notice of the following evidence:

1. Any evidence of other crimes, wrongs or "bad acts" that the government intends to introduce at trial against defendant which is not charged in the indictment herein and not alleged as part of any conspiracy charged in the indictment herein;
2. Any evidence of other crimes, wrongs or "bad acts" that the government intends to introduce at trial against defendant pursuant to Fed.R.Evid. 404(b);
3. Any evidence of other crimes, wrongs or "bad acts" that the government intends to introduce at trial against any party mentioned in the indictment herein, which is not charged in the indictment herein and not alleged as part of any conspiracy charged in the indictment herein;
4. Any evidence of other crimes, wrongs or "bad acts" that the government intends to introduce at trial against any party charged herein pursuant to Fed.R.Evid. 404(b);
5. Any evidence of other crimes, wrongs or "bad acts" that the government intends to introduce at trial concerning a co-conspirator(s) (regardless of whether said co-conspirator(s) was charged or named in the indictment herein) which is not charged in the indictment herein and not alleged as part of any conspiracy charged in the indictment herein;

6. Any evidence of other crimes, wrongs or "bad acts" that the government intends to introduce at trial concerning a co-conspirator(s) (regardless of whether said co-conspirator(s) was charged or named in the indictment herein) pursuant to Fed.R.Evid. 404(b).
7. The government shall also provide the defense and the Court a specific proffer of how evidence of "AUC" connection to each defendant is intended to be introduced along with a written memorandum in support.

**SO ORDERED THIS _____ DAY OF _____, 2008.**

_____
**GLADYS KESSLER**
**UNITED STATES DISTRICT JUDGE**

**Copies To:**

All Parties Via ECF.