UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) | Criminal Case No. 06-101 (GK) |
| HAROL RODRIGO SUAREZ-GARCIA, ) <br> ) <br> NESTOR DARIO CASTRO, ) <br> ) <br> Defendants. ) | |

### ORDER

Upon consideration of the defendants' "Motion for a Pre-Trial Hearing Regarding Co-Defendant Statements That Are Alleged to Be in Furtherance of The Conspiracy," and the Government's Response thereto, the Court hereby **ORDERS** that the defendants' motion is **DENIED**.

DATE: _____

_____
GLADYS KESSLER
JUDGE
UNITED STATES DISTRICT COURT