## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :

     :

   v.     :   **Criminal No. 06-101 (GK)**

     :

NESTOR DARIO CASTRO,  :

     :

   **Defendant.**  :

### ORDER

Defendant Castro has filed a Motion for Early Disclosure of <u>Jencks</u> and <u>Giglio</u> Material and Witness/Exhibit List.  Upon consideration of that Motion and the Opposition,[1] the Court concludes that the Motion should be **granted in part and denied in part**.

**WHEREFORE**, it is this /6th day of June, 2008, hereby

**ORDERED**, that Government counsel shall provide to the defense all <u>Jencks</u> and <u>Giglio</u> material for witnesses the Thursday before each such witness is expected to testify; and it is further

**ORDERED**, that Government counsel shall provide to the defense an exhibit list **one week** prior to the commencement of trial; and it is further

**ORDERED**, that Government counsel shall provide to the defense a witness list **two weeks** prior to the commencement of trial.  That witness list shall be subject to a Protective Order that counsel are to agree upon and present to the Court no later than July 1, 2008.

          *Gladys Kessler*

          Gladys Kessler
          United States District Judge

**Copies via ECF to all counsel of record**

---

[1] No Reply was filed.